UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 77 CR 729 |
| | ) | Judge Robert M. Dow, Jr. |
| GERMAN FERNANDO TORRES-AGURTO | ) | |

### ORDER QUASHING ARREST WARRANT

Upon consideration of the motion of the United States, it is hereby ordered that the arrest warrant issued on June 28, 1985 against the defendant German Fernando Torres-Agurto be quashed and his probation be terminated.

E N T E R:

_____
ROBERT M. DOW, JR.
United States District Judge

Date: 10/26/17